UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN TYRONE FLEMINGS, | ) | Case No. CV 16-9134 CBM(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| HATTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

DATED: January 10, 2017

_____
HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE